**UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:07-CR-157-RJC-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | |
|        ) | |
|     Plaintiff,     ) | |
|        ) | |
| v.     ) | **ORDER GRANTING ADMISSION** |
|        ) | ***PRO HAC VICE*** |
| KENT OSERUMEN OKOJIE,     ) | |
|        ) | |
|     Defendant     ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 13) filed September 3, 2008.

For good cause shown, the Motion is hereby **GRANTED**. Mr. Baum is admitted *pro hac vice* to represent the Defendant, Kent Oserumen Okojie, along with his co-counsel, Richard Deke Falls.

**SO ORDERED**.

Signed: September 3, 2008

David C. Keesler
United States Magistrate Judge